UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH CANTRELL,<br><br>　　　　　Plaintiff<br><br>　v.<br><br>WASHOE COUNTY DETENTION CENTER, et al.,<br><br>　　　　　Defendants | Case No. 3:23-cv-00523-ART-CSD<br><br>**ORDER** |

**I.　DISCUSSION**

On November 15, 2023, the Court denied Plaintiff's incomplete application to proceed *in forma pauperis* for inmates without prejudice. (ECF 4). Plaintiff then filed a complete application to proceed *in forma pauperis* for inmates. (ECF No. 5). However, Plaintiff subsequently filed a change of address indicating that he is no longer incarcerated. (ECF No. 6). Therefore, the Court denies Plaintiff's application to proceed *in forma pauperis* for inmates as moot. The Court now directs Plaintiff to file an application to proceed *in forma pauperis* by a non-prisoner **by March 8, 2024**.

**II.　CONCLUSION**

For the foregoing reasons, IT IS ORDERED that Plaintiff's application to proceed *in forma pauperis* for inmates (ECF No. 5) is DENIED as moot.

IT IS FURTHER ORDERED that the Clerk of the Court WILL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that Plaintiff has **until March 8, 2024**, to either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $402.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a

complete application to proceed *in forma pauperis* for non-prisoners or pay the required filing fee.

DATED THIS 6th day of February 2024.

_____
UNITED STATES MAGISTRATE JUDGE