UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH CANTRELL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WASHOE COUNTY DETENTION CENTER, et al.,<br><br>　　　　　Defendants. | Case No.: 3:23-cv-00523-ART-CSD<br><br>**ORDER**<br><br>(ECF No. 8) |

**I.　DISCUSSION**

In compliance with this Court's order, Plaintiff has submitted an application to proceed in district court without prepaying fees or costs following his release from prison. (ECF Nos. 7, 8). Based on the financial information provided in the application, the Court grants Plaintiff leave to proceed without prepayment of fees or costs under 28 U.S.C. § 1915(a)(1).[1] The Court will issue a separate order screening Plaintiff's complaint.

The Court notes that in his application to proceed in district court without prepaying fees or costs, Plaintiff stated he was homeless. (ECF No. 8 at 2). In light of this statement, Plaintiff shall either verify that he continues to receive mail at the last address that he provided for the Court or file an updated address on or before **September 23, 2024**.

**II.　CONCLUSION**

It is therefore ordered that Plaintiff's application to proceed in district court without prepaying fees or costs (ECF No. 8) is **GRANTED**.

It is further ordered that Plaintiff is permitted to maintain this action to conclusion without the necessity of prepayment of any additional fees or costs or the giving of security therefor.

///

---

[1] Plaintiff is not subject to the requirements of 28 U.S.C. § 1915(a)(2), (b) because he is no longer a "prisoner" within the meaning of the statute. *See* 28 U.S.C. § 1915(h).

It is further ordered that Plaintiff will either verify that he continues to receive mail at the last address that he provided for the Court or file an updated address on or before **September 23, 2024.**

DATED THIS 22nd day of August 2024.

_____
UNITED STATES MAGISTRATE JUDGE